FILED
APR 25 2007
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In the United States Court of Federal Claims

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ<br>Am Stichlein 9<br>97424 Schweinfurt<br>Germany<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07- C<br>Judge |

07-257 C

COMPLAINT ON AN
EXPRESS CONTRACT CLAIM

NATURE OF THE ACTION

1. Plaintiff SECURITAS GmbH Werkschutz, Am Stichlein 9, 97424 Schweinfurt, Germany (SECURITAS) files this Complaint in accordance with RCFC 7(a). SECURITAS seeks declaratory relief and a money judgment under the Contract Disputes Act, 41 U.S.C. § 609(a)(1), and under the Federal Courts Administration Act of 1992, 28 U.S.C. §§ 1491(a)(1), 1491(a)(2). Plaintiff challenges the Deemed Denial,

under 41 U.S.C. § 605(c)(2), of a certified Claim for €230,373 by SECURITAS under an express Contract between SECURITAS and Headquarters, United States Army, Europe (HQ, USAREUR), Contract Number DABN01-03-R-0029.

2. Plaintiff asserts: (1) that HQ, USAREUR is in breach of HQ, USAREUR's obligations to SECURITAS under the Payment and Invoicing Procedures clause of Contract Number DABN01-03-R-0029 to make payment to SECURITAS for Armed Patrol Dog Teams; and (2) that HQ, USAREUR is in breach of HQ, USAREUR's obligations to SECURITAS under subparagraph (i) *Payment* of the CONTRACT TERMS AND CONDITIONS—COMMERCIAL ITEMS (FEB 2002) clause of Contract Number DABN01-03-R-0029 to make payment to SECURITAS for Armed Patrol Dog Teams.

3. Plaintiff requests that the Court declare: (1) that HQ, USAREUR is in material breach of HQ, USAREUR's obligations to SECURITAS under the Payment and Invoicing Procedures clause of Contract Number DABN01-03-R-0029 to make payment to SECURITAS for Armed Patrol Dog Teams; and (2) that HQ, USAREUR is in material breach of HQ, USAREUR's obligations to SECURITAS under subparagraph (i) *Payment* of the CONTRACT TERMS AND CONDITIONS—COMMERCIAL ITEMS

(FEB 2002) clause of Contract Number DABN01-03-R-0029 to make payment to SECURITAS for Armed Patrol Dog Teams.

4. By reason of these breaches of Contract Number DABN01-03-R-0029 Plaintiff seeks also an Award of money damages, these damages based on recovery of the sums paid by SECURITAS for 4 Dual-System Patrol Dogs, for 4 Dog Handlers and training, for the services of 4 Dog Handlers, for food and veterinary care for 4 Dual-System Patrol Dogs, and allowable interest under 41 U.S.C. § 611 on these sums paid by SECURITAS for Armed Patrol Dog Teams services ordered by HQ, USAREUR.

PARTIES

5. SECURITAS is a Gesellschaft mit beschränkter Haftung (GmbH), a company with limited liability that is registered in the German Commercial Register (Handelsregister). SECURITAS is a wholly-owned subsidiary of SECURITAS Sicherheitdienste Deutschland Holding GmbH & Co. KG, Salzufer 22, 10587 Berlin, Germany (German Holding). The German Holding (Kommanditgesellschaft) is a limited partnership. The German Holding is itself a wholly-owned subsidiary of Securitas AB (publ), Lindhagensplan 70, SE-102 28, Stockholm, Sweden (Securi-

tas). Securitas is a Swedish public company (Aktiebolag) with its registered head office in Sweden.

6. SECURITAS is the Awardee of Contract Number DABN01-03-R-0029, and thus a proper "Contractor" under the Contract Disputes Act, 41 U.S.C. § 601(4). Contract Number DABN01-03-R-0029 became effective for SECURITAS on July 31st, 2003 when Contract Number DABN01-03-R-0029 was signed by a Contracting Officer at the Wiesbaden Contracting Center, a field activity of the United States Army, Europe.

7. The United States Army is a Military Department of the United States Department of Defense. Defendants Wiesbaden Contracting Center; HQ, USAREUR; and the United States Department of Defense are agencies and entities of the United States, and the United States Department of Defense is a proper "Executive Agency" under the Contract Disputes Act, 41 U.S.C. § 601(2).

8. Contract Number DABN01-03-R-0029 is an express support services Contract requiring the delivery of non-personal security guard services for the former 98th Area Support Group in the Federal Republic of Germany. Contract Number DABN01-03-R-0029 is an express support services Contract entered into by an

Executive Agency for the procurement of services, and thus an Executive Agency Contract to which the Contract Disputes Act applies, 41 U.S.C. § 602(a)(1). Defendants Wiesbaden Contracting Center; HQ, USAREUR; and the United States Department of Defense are hereinafter referred to, collectively, as "the Defendants."

JURISDICTION

9. This Court has jurisdiction under 28 U.S.C. § 1491(a)(1), 28 U.S.C. § 1491(a)-(2), and 41 U.S.C. § 609(a)(1). The Deemed Denial by the Wiesbaden Contracting Center Contracting Officer concerning Plaintiff's certified Claim of January 29th, 2007 for sums incurred by SECURITAS for Armed Patrol Dog Team services ordered by HQ, USAREUR is sufficiently final for the purposes of the Contract Disputes Act, 41 U.S.C. § 605(a) ("All claims by a contractor against the government relating to a contract shall be in writing and shall be submitted to the contracting officer for a decision."); is sufficiently final under 28 U.S.C. § 1491(a)(1) for this Civil Action seeking a money judgment (It is a "claim . . . founded . . . upon any express . . . contract with the United States."); and is sufficiently final under 28 U.S.C. § 1491(a)(2) for this Civil Action seeking declaratory relief because this Civil Action arises, literally, from "a nonmonetary [dispute] on which a decision of the contract-

ing officer has been issued . . . ." *Record Steel and Construction, Inc. v. United States*, 62 Fed. Cl. 508, 520 (2004).

10. This Civil Action is timely filed. SECURITAS submitted a certified Claim to the Wiesbaden Contracting Center Contracting Officer on January 29th, 2007 and the Wiesbaden Contracting Center Contracting Officer did not, on or before April 2nd, 2007, 41 U.S.C. § 605(c)(2), either issue a Decision on this certified Claim else notify SECURITAS of the time within which a Decision would be issued. *Patton v. United States*, 74 Fed. Cl. 110, 115-16 (2006). This Civil Action is filed within one year from the date of that Deemed Denial, 41 U.S.C. § 609(a)(3).

AVERMENTS

Support Services Requirements.

11. Security guard services are required for United States Army, Europe facilities located at Kitzengen, Giebelstadt, Würzburg, Schweinfurt, Bamberg, Katterbach (Ansbach), and Illesheim, all in the Free State of Bavaria, Germany. Contract security guard personnel are to provide, *inter alia*, armed security guard installation access control, armed roving security patrols, explosive detection and armed patrol dog

teams, armed security guards at United States Department of Defense dependent schools, intrusion detection system monitoring, and pass and badge control.

12. Project Managers, Area Managers, and Site Managers are required to have specific experiences in the armed forces, civilian police, or commercial security agencies. Supervisors are required to fluently speak, read, and write English, to have a "sufficient working knowledge" of German, and to be familiar with United States military regulations and the laws of the Federal Republic of Germany. Security guards are required to have specific civilian or military security guard or police experience. Security guards are to be able to converse in English and in German. All Contractor personnel are to meet specific medical and physical requirements.

13. Training instructors are to be credentialed and certified. Security guards are to meet initial, annual, and quarterly training requirements. School guards and entry/access personnel are to receive specific training. SECURITAS is required to furnish uniforms, badges, weapons, ammunition, vehicles, office equipment, flashlights, spotlights, watch clocks, and radio equipment.

Contract Provisions.

14. Contract Number DABN01-03-R-0029 is a Requirements Contract. Contract Number DABN01-03-R-0029 is effective for a base year and six one-year options. Contract Number DABN01-03-R-0029 is in its fourth year and Requirements to date total €135,572,136.

15. Contract Number DABN01-03-R-0029 invokes the substantive laws of the United States under a Choice of Law clause. Under Contract Number DABN01-03-R-0029 SECURITAS accepts the exclusive jurisdiction of the Armed Services Board of Contract Appeals and the United States Court of Federal Claims "for hearing and determination of any and all disputes that may arise under the Disputes clause of this contract."

16. In delivering non-personal services under Contract Number DABN01-03-R-0029 SECURITAS is required to comply with German labor law. SECURITAS personnel who are not nationals of Germany or other European Union countries must possess German work and residence permits. SECURITAS personnel must be authorized by German law to work in the Federal Republic of Germany.

17. Subparagraph (d) *Disputes* of the CONTRACT TERMS AND CONDITIONS—COMMERCIAL ITEMS (FEB 2002) clause of Contract Number DABN01-03-R-0029 makes Contract Number DABN01-03-R-0029 subject to the Contract Disputes Act of 1978, 41 U.S.C. §§ 601-613, and this *Disputes* clause provides that "[f]ailure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal, or action arising under or related to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes . . . ." This *Disputes* clause requires that SECURITAS "proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract."

18. The DISPUTES (JUL 2002) clause of Contract Number DABN01-03-R-0029 defines as a "Claim" subject to this clause "a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract." Pending final resolution of any request for relief, claim, appeal or action, this DISPUTES (JUL 2002) clause of Contract Number DABN01-03-R-0029 requires that the Contractor "proceed diligently with performance . . . and comply with any decision of the Contracting Officer."

Payment Provisions.

19. Contract Number DABN01-03-R-0029 provides separate Contract Line Item Numbers (CLINs) for security guard services to be delivered. There are, for instance, subCLINs for stationary armed guards, for armed guard supervisors, for armed school guards, for Armed Patrol Dog Teams, and for mobile vehicle and cargo inspection (mobilesearch) teams. For each subCLIN Contract Number DAB-N01-03-R-0029 sets out a firm fixed-price hourly rate in Euros and an estimated number of hours. Delivery Orders issued under Contract Number DABN01-03-R-0029 set out annual on-duty post hours for specific geographic locations.

Defendants' Breaches.

20. SubCLIN 1003AG of Order Number 0007 required delivery of Armed Patrol Dog Teams and this for an estimated quantity of 35,280 hours at a firm fixed-price rate of €36.36 and a total of €1,282,780.80. Order Number 0007 reflects that this task has been funded.

21. SECURITAS purchased 4 Dual-System Patrol Dogs and engaged the services of 4 Dog Handlers for these Dual-System Patrol Dogs during the period October 1st, 2004 through September 30th, 2005.

22. The direct costs of these 4 Dual-System Patrol Dogs and 13 weeks of training for these Dual-System Patrol Dogs were €77,864. The direct costs of the services of the 4 Dog Handlers during these 13 weeks of training were €32,975. Training for the 4 Dual-System Patrol Dogs and the 4 Dog Handlers commenced after October 1st, 2004 and concluded by February 28th, 2005.

23. The direct costs of the services of the 4 Dog Handlers during the period October 1st, 2004 through September 30th, 2005 were €93,320. The direct costs of food and veterinary care for these 4 Dual-System Patrol Dogs during this same period were €916.

24. The direct costs of food and veterinary care for these 4 Dual-System Patrol Dogs during the period October 1st, 2005 through December 31st, 2006 were €3,372.

25. SECURITAS has submitted Invoice Numbers 2004 03-58 (April 6th, 2004), 2004 08-58 (August 26th, 2004), and 2004 10-56 (November 8th, 2004) for these Dual-System Patrol Dogs and Dog Handlers. None of these Invoices have been paid.

26. SECURITAS submitted to the Wiesbaden Contracting Center Contracting Officer a certified €230,373 Claim of January 29th, 2007 for these Dual-System Patrol Dogs and Dog Handlers. Attachment 1.

27. The Wiesbaden Contracting Center Contracting Officer did not on or before April 2nd, 2007, as required by 41 U.S.C. § 605(c)(2), either issue a decision on this certified Claim, else notify SECURITAS of the time within which a decision would be issued.

## COUNT I
## DEFENDANTS ARE IN MATERIAL BREACH OF THEIR OBLIGATIONS UNDER THE PAYMENT AND INVOICING PROCEDURES CLAUSE.

28. Plaintiff incorporates and re-alleges paragraphs numbers 1. through 27. hereinabove as if fully set forth herein.

29. HQ, USAREUR is in material breach of HQ, USAREUR's obligations to SECURITAS under the Payment and Invoicing Procedures clause of Contract Number DABN01-03-R-0029. *Northern Helex Company v. United States*, 455 F.2d 546, 550-51 (Ct. Cl. 1972).

COUNT II
PLAINTIFF IS ENTITLED TO
A MONEY JUDGMENT NOT
LESS THAN €230,373.

30. Plaintiff incorporates and re-alleges paragraphs numbers 1. through 27. hereinabove as if fully set forth herein.

31. By reason of HQ, USAREUR's material breaches of HQ, USAREUR's obligations to SECURITAS under the Payment and Invoicing Procedures clause of Contract Number DABN01-03-R-0029, Plaintiff is due a Money Judgment not less than €230,373.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

(a) that the Court declares that HQ, USAREUR is in material breach of its obligations to SECURITAS under the Payment and Invoicing Procedures clause of Contract Number DABN01-03-R-0029;

(b) that the Court Award Plaintiff a Money Judgment not less than €230,373 and allowable interest under 41 U.S.C. § 611; and

(c) that the Court grants Plaintiff such other and further relief as may be just and proper.

Respectfully submitted,

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500;
Virginia State Bar Number 03135
April 25th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: *lawyer@procurement-lawyer.com*

Attorney of record for Plaintiff,
SECURITAS GmbH Werkschutz.

# ATTACHMENT 1

SECURITAS

Wiesbaden Contracting Center
ATTN: SFCA-EC-C-A
Konrad Adenauer Ring 39

65187 Wiesbaden

29.01.2007

**CLAIM**

Sir or Madam

This is a Claim under the Contract Disputes Act, 41 U.S.C. § 605(a), and this Claim is submitted in accordance with the "Requests for Equitable Adjustment" provision of Contract Number DABN01-03-D-0029. This Claim arises from services performed by SECURITAS GmbH Werkschutz for which payment has yet to be made.

CLIN 1003AG of Order Number 0007 required delivery of Armed Patrol Dog Teams, and this for an estimated quantity of 35,280 hours at a firm fixed-price hourly rate of 36.36 €, and a total of 1,282,780.80 €. Order Number 0007 reflects that this task has been funded.

SECURITAS GmbH Werkschutz purchased 4 Dual-System Patrol Dogs and engaged the services of 4 Dog Handlers for these Dual System Patrol Dogs during the period October 1st, 2004 through September 30th, 2005.

The direct costs of these Dual-System Patrol Dogs and 13 weeks of training for these Dual System Patrol Dogs were 77,864 €. The direct costs of the 4 Dog Handlers during these 13 weeks of training were 32,975 €. Training for the 4 Dual-System Patrol Dogs and 4 Dog Handlers commenced after October 1st, 2004 and concluded by February 28th, 2005.

The direct costs of the services of the 4 Dog Handlers during the period October 1st, 2004 through September 30th, 2005 were 93,320 €. The direct costs of food and veterinary care for these 4 Dual-System Patrol Dogs during this same period were 916 €.

The direct costs of food and veterinary care for these 4 Dual-System Patrol Dogs during the period October 1st, 2005 through December 31st, 2006 were €. 3,372

SECURITAS GmbH Werkschutz has submitted Invoice Numbers 2004 03-58 (April 6th, 2004), 2004 08-58 (August 26th, 2004), and 2004 10-56 (November 8th, 2004) for these Dual-System Patrol Dogs and Dog Handlers. None of these Invoices have been paid.

SECURITAS GmbH Werkschutz
Werner-von-Siemens-Str. 5 · 97076 Würzburg
Telefon Durchwahl (09 31) 3 29 38 17 · Telefax (09 31) 35909312
Bankverbindung: Commerzbank AG (BLZ 793 400 54) Konto-Nr. 653224600
Sitz: Schweinfurt, Amtsgericht Schweinfurt HRB: 3534
Geschäftsführer: Manfred Buhl
Homepage: http://www.securitas-online.de

SECURITAS

The direct costs to SECURITAS GmbH Werkschutz for these Dual-System Patrol Dogs and Dog Handlers are as follows:

| | |
|---|---|
| 4 Dual-System Patrol Dogs and training | 77,864 € |
| 4 Dog Handlers and training | 32,975 € |
| 4 Dog Handlers services | 93,320 € |
| 4 Dual-System Patrol Dogs food and veterinary care | 4,288 € |
| Total | 208,447 € |

The total direct costs of this Claim are 208,447 €. We are marking-up these direct costs for Branch Overhead (1.6%), for Area Overhead (5.1%), and for Profit (3.5%):

| | |
|---|---|
| Direct Costs | 208,447 € |
| Branch Overhead | 3,335 € |
| Subtotal | 211,782 € |
| Area Overhead | 10,801 € |
| Subtotal | 222,583 € |
| Profit | 7,790 € |
| Total | 230,373 € |

The SECURITAS GmbH Werkschutz books and records which support this 230,373 € Claim are available for your audit and review. Please provide disposition instructions for the 4 Dual-System Patrol Dogs.

In accordance with 41 U.S.C. § 605(c)(1) and 10 U.S.C. § 2410(a), I hereby declare under penalty of perjury, and I certify, that this 230,373 € Claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the Contract adjustment for which SECURITAS GmbH Werkschutz believes that the Government is liable, and that I am duly authorized to certify this Claim on behalf of SECURITAS GmbH Werkschutz.

This 230,373 € Claim is submitted together with a supporting Invoice.

Sincerely,

Marco Warnhoff
Project Manager

SECURITAS

SECURITAS GmbH Werkschutz · Werner-von-Siemens Str. 5 · 97076 Würzburg

**SECURITAS GmbH Werkschutz**
Werner-von-Siemens Str. 5, 97076 Würzburg

Telefon 0931/3293814
Telefax 0931/35909312

DFAS-LAWTON
DEFENSE FINANCE AND ACCOUNTING SERVICES
Kleber Kaserne Bldg. 3200, ATTN: LW
Mannheimer Str. 218-219

67657 Kaiserslautern

# RECHNUNG

Rechnungs-Nr. 4103006

Datum: 26 January 2007

Kunden-Nr. 58600

| We invoice below listed Services: | | | | |
|---|---|---|---|---|
| **Guard Services 98thASG, Contract DABN01-03-D-0029** | Amount Hours | Unit | Amount EUR per hour | Amount EUR |
| **Period of Performance: Reduction Costs August 2005 & October 2006** | | | | |
| 4 Dual System Patrol dog´s and Training | | | | 77.864,00 |
| 4 Dog Handlers and Training | | | | 32.975,00 |
| 4 Dog Handlers services | | | | 93.320,00 |
| 4 Dual System Patrol dog´s Food and veterinary care | | | | 4.288,00 |
| **Direct Costs** | | | | **208.447,00** |
| Branch Overhead | | | | 3.335,00 |
| Area Overhead | | | | 10.801,00 |
| Profit | | | | 7.790,00 |
| **Total** | | | | **230.373,00** |

| | Gesamtbetrag | Mehrwertsteuer | Rechnungsbetrag |
|---|---|---|---|
| | 230.373,00 | 0,00% | **EUR 230.373,00** |