# In the United States Court of Federal Claims

No. 07-257C
(Filed: May 1, 2007)

* * * * * * * * * * * * * * * * * * * * * *
SECURITAS GMBH WERKSCHUTZ,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to RCFC 40.1(b), it is ORDERED that this action shall be transferred to Judge Margaret M. Sweeney. Judge Sweeney has agreed to the transfer. The Clerk is directed to take the action necessary to reflect this transfer on the docket of the court.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge