# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SECURITAS GmbH WERKSCHUTZ** | ) | |
| **Plaintiff**, | ) | |
| **v.** | ) | **Nos. 07-255C, 07-256C & 07-257C,** |
| | ) | **Judge Margaret M. Sweeney** |
| **THE UNITED STATES,** | ) | |
| **Defendant**. | ) | |

PLAINTIFF'S MOTIONS FOR
ENLARGEMENTS OF TIME

In accordance with RCFC 6.1 and 7(b)(1) Plaintiff SECURITAS GmbH Werkschutz, Am Stichlein 9, 97424 Schweinfurt, Germany (SECURITAS) files these Motions for Enlargements of Time.

SECURITAS' Complaints in all of these three Civil Actions were filed on April 25th, 2007 and all three Complaints arise under the Contract Disputes Act, 41 U.S.C. § 609(a)(1), and there under an express Contract between SECURITAS and Headquart-

ers, United States Army Europe (HQ, USAREUR), Contract Number DABN01-03-D-0029.

On Thursday, August 23rd, 2007 Defendant filed its Answers and Counter-Claims in Civil Actions Numbers 07-255C, 07-256C, and 07-257C. In each Civil Action Defendant has filed Counter-Claims under the False Claims Act, 31 U.S.C. § 3729(a)(1) (First Counter-Claim); under the Contract Disputes Act's Anti-Fraud provision, 41 U.S.C. § 604 (Second Counter-Claim); under the Forfeiture Statute, 28 U.S.C. § 2514 (Third Counter-Claim); and under Common Law (Fourth Counter-Claim—Unjust Enrichment), (Fifth Counter-Claim—Payment Under Mistake of Fact), and (Sixth Counter-Claim—Breach of Contract).

Defendant supports its Counter-Claims with the same Exhibit A filed in each Civil Action, an Exhibit A which shows that SECURITAS has purportedly billed €10,537,118 for guard services not rendered, this including €2,048,395 under Contract Number DAJA22-00-C-5118 for billings from January 2002 through August 2003 and €8,488,723 under Contract Number DABN01-03-D-0029 for billings from September 2003 through December 2006.

On Friday, August 31st, 2007 SECURITAS filed under RCFC 12(b)(1) Motions to Dismiss Defendant's Common-Law Counter-Claims: Fourth Counter-Claim—Unjust Enrichment, Fifth Counter-Claim—Payment Under Mistake of Fact, and Sixth Counter-Claim—Breach of Contract. Under RCFC 12(a)(1) SECURITAS' responses to Defendant's remaining Counter-Claims, i.e., Defendant's Counter-Claims based on the Contract Disputes Act's Anti-Fraud provision, 41 U.S.C. § 604; or on the False Claims Act, 31 U.S.C. § 3729; or under the Special Plea in Fraud provision, 28 U.S.C. § 2514, are due on Wednesday, September 12th, 2007.

SECURITAS now asks for enlargements of time of 106 calendar days, i.e., through December 17th, 2007 of the period in which SECURITAS is to respond under RCFC 12(a)(1) to all of Defendant's Counter-Claims. Together with these Motions for Enlargements of Time SECURITAS asks leave of the Court to withdraw SECURITAS' RCFC 12(b)(1) Motions to Dismiss Defendant's Common-Law Counter-Claims pending the filling of SECURITAS' RCFC 12(a)(1) Responses to Defendant's Counter-Claims on Monday, December 17th, 2007.

These are SECURITAS' first requests for enlargements of time for the filing of responses under RCFC 12(a)(1) to Defendant's Counter-Claims.

These first requests for enlargements of time are required because of delays encountered by SECURITAS in compiling a complete accounting of the billings and the hours worked under Contract Number DABN01-03-D-0029 and under Contract Number DAJA22-00-C-5118. The accounting data presented in the Exhibits A filed in these three Civil Actions was not presented to SECURITAS before Thursday, August 23rd, 2007 and SECURITAS has not been given a prior opportunity to comment on its accuracy, or better said, its inaccuracy.

A standard step in auditing books and records is to test the postings from original documents (here, the manning sheets) to financial books and records. In the case of Defendant's Counter-Claims many of SECURITAS' manning sheets were seized by the Army's Criminal Investigation Division in 2006 and other SECURITAS manning sheets were seized by the Bavarian police (http://www.polizei.bayern.de/) in 2007, this because the Army's Criminal Investigation Division has referred Defendant's Counter-Claims to the Bavarian police. Until such time as SECURITAS can obtain copies of its manning sheets, it cannot competently or completely audit its books and records.

SECURITAS has asked Defendant for assistance in obtaining copies of the missing manning sheets and SECURITAS expects to receive copies of the missing documents shortly.

SECURITAS has discussed these Motions with Opposing Counsel and SECURITAS has been told that it may represent to the Court that Opposing Counsel does not oppose either SECURITAS' Motions to Withdraw SECURITAS' Motions to Dismiss Defendant's Common-Law Counter-Claims or SECURITAS' Motions for Enlargements of Time through Monday, December 17th, 2007 of the period in which SECURITAS is to file responses under RCFC 12(a)(1) to Defendant's Counter-Claims.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500;
Virginia State Bar Number 03135
September 6th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
SECURITAS GmbH Werkschutz.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on Thursday, September 6th, 2007 true and complete copies of these Plaintiff's Motions for Enlargements of Time were filed electronically via the Court's Electronic Case Filing System, through which notice of these filings will be sent to:

Armando A. Rodriguez-Feo, Esq.

Electronic Mail: Armando.Rodriguez-Feo@usdoj.gov

Attorney of record for Defendant,
Headquarters, United States Army Europe.

/s/ Cyrus E. Phillips, IV

______________________________
Cyrus E. Phillips, IV