# In the United States Court of Federal Claims

No. 07-255C, 07-256C, 07-257C
(Filed: September 10, 2007)

```
***********************************
SECURITAS GmbH WERKSCHUTZ,        *
                                  *
                  Plaintiff,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

On August 31, 2007, plaintiff filed its Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter. On September 6, 2007, plaintiff filed its Motion for Enlargement of Time. In its Motion for Enlargement, plaintiff seeks leave of court to withdraw its Motion to Dismiss, and requests an enlargement of time until December 17, 2007, by which to file its response to defendant's counterclaims. Plaintiff represents that defendant does not oppose the relief sought in its September 6, 2007 motion.

**Accordingly, plaintiff's (1) Motion to Withdraw its Motion to Dismiss is GRANTED; and (2) Motion for Enlargement of Time is GRANTED. Plaintiff shall file its response to defendant's counterclaims no later than Monday, December 17, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge