# In the United States Court of Federal Claims

| | |
|---|---|
| **SECURITAS GmbH WERKSCHUTZ** | |
| **Plaintiff,** | |
| **v.** | **Nos. 07-255C, 07-256C & 07-257C, Judge Margaret M. Sweeney** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**PLAINTIFF'S SECOND MOTIONS FOR ENLARGEMENT OF TIME**

In accordance with RCFC 6.1 and 7(b)(1), Plaintiff SECURITAS GmbH Werkschutz, Am Stichlein 9, 97424 Schweinfurt, Germany (SECURITAS) files these Motions for Enlargement of Time.

SECURITAS' Complaints in all of these Civil Actions were filed on April 25th, 2007 and all three Complaints arise under the Contract Disputes Act, 41 U.S.C. § 609(a)(1), and under an express Contract between SECURITAS and Headquarters, U.S. Army Europe (HQ, USAREUR), Contract Number DABN01-03-D-0029.

On August 23rd, 2007, Defendant filed its Answers and Counter-Claims in Civil Actions Numbers 07-255C, 07-256C, and 07-257C. In Civil Action Number 07-255C, Defendant filed Counter-Claims under the False Claims Act, 31 U.S.C. § 3729(a)(1) (First Counter-Claim); under the Contract Disputes Act's Anti-Fraud provision, 41

U.S.C. § 604 (Second Counter-Claim); under the Forfeiture Statute, 28 U.S.C. § 2514 (Third Counter-Claim); and under Common Law (Fourth Counter-Claim – Unjust Enrichment), (Fifth Counter-Claim – Payment Under Mistake of Fact), and (Sixth Counter-Claim – Breach of Contract). In Civil Actions Numbers 07-256C and 07-257C Defendant filed Counter-Claims under the False Claims Act, 31 U.S.C. § 3729(a)(1) (First Counter-Claim) and under Common Law (Second Counter-Claim – Unjust Enrichment), (Third Counter-Claim – Payment Under Mistake of Fact), and (Fourth Counter-Claim – Breach of Contract).

Defendant supported its Counter-Claims with the same Exhibit A filed in each Civil Action which purports to show that SECURITAS billed €10,537,118 for guard services not rendered. This figure includes the sum of €2,048,395 under Contract Number DAJA22-00-C-5118 for billings from January 2002 through August 2003 and €8,488,723 under Contract Number DABN01-03-D-0029 for billings from September 2003 through December 2006.

On September 6th, 2007, SECURITAS filed a Motion for Enlargement of Time seeking 106 calendar days (until December 17th, 2007) to respond under RCFC 12(a)(1) to all of Defendant's Counter-Claims. This Motion was based upon the fact that the records needed to develop a response to Defendant's Counter-Claims (the manning sheets and other documents recording guard hours worked) were seized by the Army's Criminal Investigative Division in 2006 and by the Bavarian police in 2007 (after the Army's Criminal Investigative Division referred the allegations found in Defendant's Counter-Claims to the Bavarian police).

On September 10th, 2007, this Court granted SECURITAS' first Motion for Enlargement of Time. Since that time, SECURITAS has attempted to gain access to the seized documents. SECURITAS was recently informed by German authorities that it would be granted access to these documents in the near future. Currently, attorneys for SECURITAS believe these documents will be made available for our review in early January 2008. It is our understanding that these materials are voluminous.

SECURITAS now asks for an additional enlargement of time of 60 calendar days from December 17th, 2007, i.e., though February 15th, 2008, in order to respond under RCFC 12(a)(1) to all of Defendant's Counter-Claims. The reasons for this additional enlargement of time are similar to the previous request – SECURITAS needs to be able to review and analyze the records relating to guard hours worked in order to develop a response to the Defendant's Counter-Claims.

SECURITAS has discussed these Motions with Opposing Counsel and SECURITAS has been told that it may represent to the Court that Opposing Counsel does not oppose these Motions for Enlargement of Time through February 15th, 2007 of the period in which SECURITAS is to file responses under RCFC 12(a)(1) to Defendant's Counterclaims.

Respectfully submitted,

s/ John J. Pavlick, Jr. by s/ Paul A. Debolt

______________________________

John J. Pavlick, Jr.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Electronic Mail: jpavlick@venable.com

Attorney of Record for Plaintiff

Of Counsel:
Paul A. Debolt
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Electronic Mail: padebolt@venable.com

Date: December 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on Friday, December 7th, 2007 true and complete copies of these Plaintiff's Motions for Enlargement of Time were filed electronically via the Court's Electronic Case Filing System, through which notice of these filings will be sent to:

Armando A. Rodriguez-Feo, Esq.

Electronic Mail: Armando.Rodriguez-Feo@usdoj.gov

Attorney of Record for Defendant,

Headquarters, United States Army Europe.

s/ John J. Pavlick, Jr. by s/ Paul A. Debolt

______________________________

John J. Pavlick, Jr.