IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SECURITAS GmbH WERKSCHUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-255C |
| v. | ) | No. 07-256C |
| | ) | No. 07-257C |
| THE UNITED STATES, | ) | (Judge Sweeney) |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Securitas GmbH Werkschutz, requests a one-week enlargement of time in which to file the parties' Joint Preliminary Status Report ("JPSR"). If granted, the JPSR would be due April 14, 2008. The JPSR is currently due on April 7, 2008. Defendant, the United States Government, does not oppose this Motion.

## REMARKS

Plaintiff and Defendant have been in frequent contact over the last week to finalize the JPSR. On Friday, April 4, 2008, the parties exchanged proposals that they believe could narrow the issues in this case, as well as the scope of discovery. Due to the time differences between the United States and Europe, and the number of individuals with which these proposals must be coordinated, Plaintiff's counsel was unable to consent to these agreements as of today. As a result, Plaintiff seeks a one-week extension to review these issues with their client and coordinate the client's approval of these proposals.

A proposed order is attached.

Respectfully submitted,

s/ John J. Pavlick, Jr. by s/ Paul Debolt

John J. Pavlick, Jr.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Electronic Mail: jpavlick@venable.com

Attorney of Record for Plaintiff

Of Counsel:
Paul A. Debolt
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Electronic Mail: padebolt@venable.com

Date: April 7, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SECURITAS GmbH WERKSCHUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-255C |
| v. | ) | No. 07-256C |
| | ) | No. 07-257C |
| THE UNITED STATES, | ) | (Judge Sweeney) |
| | ) | |
| Defendant. | ) | |

**ORDER REGARDING ENLARGEMENT OF TIME**

Having considered Plaintiff Securitas' Motion for a one-week enlargement of time in which to file the parties' Joint Preliminary Status Report, it is hereby

**ORDERED** that the due date for the Joint Preliminary Status Report is extended by one week, from April 7, 2008 to April 14, 2008.

____________________ ____________________________________
Date For the Court

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on Monday, April 7, 2008, a true and complete copy of Plaintiff's Motion for Enlargement of Time was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Armando A. Rodriguez-Feo, Esquire
Electronic Mail: Armando.Rodriguez-Feo@usdoj.gov
Attorney of Record for Defendant
Headquarters, United States Army Europe.

s/ John J. Pavlick, Jr. by s/ Paul Debolt

John J. Pavlick, Jr.