# In the United States Court of Federal Claims

Nos. 07-255 C, 07-256 C, 07-257 C
(Filed: April 7, 2008)

```
***********************************
SECURITAS GmbH WERKSCHUTZ,        *
                                  *
              Plaintiff,          *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

On April 7, 2008, plaintiff filed a Motion for Enlargement of Time ("motion"). In its motion, plaintiff requests a one-week enlargement, to and including April 14, 2008, within which to file the parties' Joint Preliminary Status Report ("JPSR"). The JPSR is currently due April 7, 2008, and plaintiff indicates that defendant does not oppose its motion. Plaintiff represents that the parties have been in frequent contact over the last week to exchange proposals and finalize their JPSR; however, due to both time differences between the United States and Europe as well as the number of individuals with whom the proposals must be coordinated, plaintiff's counsel was unable to consent to the proposals or coordinate review of these proposals with plaintiff by the April 7, 2008 deadline.

The court finds that plaintiff's request is not unreasonable. **Accordingly, plaintiff's motion is GRANTED. The parties shall file their JPSR by no later than Monday, April 14, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge